JOEL H. TUCKER v. CITY OF SEBRING.

161 So. 278.

Division B.

Opinion Filed May 7, 1935.

*Fairfax T. Haskins,* for Plaintiff in Error;

*W. H. Nollman* and *Huffaker & Edwards,* for Defendant in Error.

PER CURIAM.—This is a companion case to that of Hope-rich v. City of Sebring, in which opinion was filed at this term of the Court.

The judgment should be affirmed for the reasons stated in the opinion in that case.

It is so ordered.

Affirmed.

WHITFIELD, C. J., and TERRELL, BUFORD and DAVIS, J. J., concur.

ELLIS, J., concurs in the conclusion.

BROWN, J., concurs specially.

BROWN, J. (concurring).—I concur for the reasons stated in my special concurring opinion in the companion case of Hoperich v. City of Sebring.